IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

HARLAN GANN                                                           PLAINTIFF

v.                        Case No. 13-2242

DENORA COOMER, in her
official capacity as
Sebastian County Circuit Clerk                                        DEFENDANT

### JUDGMENT

For the reasons set forth in the Memorandum Opinion and Order filed contemporaneously herewith, Defendant's Motion for Summary Judgment (Doc. 10) is **GRANTED**, and Plaintiff's First Amendment retaliation claim under 42 U.S.C. § 1983 is **DISMISSED WITH PREJUDICE**. Plaintiff's remaining state law claim is **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own fees and costs.

IT IS SO ORDERED this 3rd day of December, 2014.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge